UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 06 B 01429
   SHAWN SCOTT OLSON
   CARRIE CHRISTINE OLSON                       CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0677     SSN XXX-XX-3143
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/16/06 and confirmed on 04/28/06.

   2.  The case was converted to Chapter 7 after confirmation, 06/12/2008.

   3.  The Debtor paid a total of $ 46810.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | 27083.67 | .00 | 27083.67 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 3002.93 | .00 | 627.10 |
| FIRST AMERICAN BANK | SECURED | 7320.94 | .00 | 7320.94 |
| FIRST AMERICAN BANK | MORTGAGE ARRE | .00 | .00 | .00 |
| DUPAGE CREDIT UNION | SECURED | 13568.07 | 1286.01 | 3457.27 |
| FORD MOTOR CREDIT CO | SECURED | 3249.73 | 306.14 | 1730.28 |
| STERLING INC | SECURED | 500.00 | 31.87 | 147.95 |
| PHYLISS LAWLESS | SECURED | 2085.92 | 366.30 | 2085.92 |
| WINCHESTER CONDOMINUM AS | SECURED | 1522.00 | .00 | 569.03 |
| CAPITAL ONE BANK | UNSECURED | 462.94 | .00 | .00 |
| CHASE BANK | FILED LATE | .00 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF WARRENVILLE | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 5008.30 | .00 | .00 |
| DISH NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| 1ST FINANCIAL BANK | UNSECURED | 1839.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 857.35 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1192.00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HYCITE FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| IDAPP | SPECIAL CLASS | 8227.62 | .00 | .00 |
| UNITED COLLECTIONS | UNSECURED | 30.00 | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 620.78 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |

```
SIMON MCLOSKY & SCOVELL     UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL IN    UNSECURED         1071.49              .00           .00
STERLING INC                UNSECURED         1118.17              .00           .00
WORLD FINANCIAL NETWORK     UNSECURED          638.41              .00           .00
ILLINOIS STUDENT ASSIST     UNSECURED          212.62              .00           .00
IDAPP                       UNSECURED         8091.91              .00           .00
     Summary of disbursements:
------------------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED 58333.26          .00     29370.94           .00      87704.20
PRINCIPAL PAID     43022.16          .00           .00          .00      43022.16
INTEREST PAID       1990.32          .00           .00          .00       1990.32
TOTAL PAID         45012.48          .00           .00          .00      45012.48
```

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   3000.00
and was paid $   1100.00   direct and $       .00   through the plan.

The Trustee received $   1797.52 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/18/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                             PAGE   2
     CASE NO. 06 B 01429 SHAWN SCOTT OLSON & CARRIE CHRISTINE OLSON